THE TRENTON MUTUAL LIFE AND FIRE INSURANCE COMPANY ads. WILLIAM J. HODGES.

1. A motion for time to plead is a special motion requiring two days' notice.

2. When special circumstances are required to be shown to entitle a party to a rule, they ought to be verified by affidavit.

Before Justices ELMER and HAINES.

Mr. *Caleb S. Green* moved for time to plead, the time prescribed by the statute having expired.

BY THE COURT. This is a special motion, and requires two days' notice. Time to declare or plead, like amendments, are authorized at the discretion of the court, but are not "proceedings specifically directed by the statute," and are therefore not within the exception contained in the twenty-

second rule of the court. It should be remembered, too, that when special circumstances are required to entitle a party to his motion, those circumstances ought to be verified by affidavit unless they are admitted by the opposite party.